UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case No.: 3:21-cv-06631-CRB |
| Plaintiff, | |
| v. | **ORDER** |
| FOOTHILL POINT LLC, a California Limited Liability Company, | |
| Defendants. | |

### **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: February 3, 2022

HONORABLE CHARLES R. BREYER
United States District Judge