CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Catherine M. Corfee SBN 155064
CORFEE STONE LAW CORPORATION
P.O. Box 1098
Carmichael, CA 95609
Telephone: (916) 487-5441
Facsimile: (916) 487-5440
catherine@corfeestone.com
assistant@corfeestone.com
Attorney for Defendant
Foothill Point LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case No.: 3:21-cv-06631-CRB |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| FOOTHILL POINT LLC, a California Limited Liability Company, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

1   Dated: March 10,2022          CENTER FOR DISABILITY ACCESS

2

3                                 By:     /s/ Amanda Seabock
                                          Amanda Seabock
4                                         Attorneys for Plaintiff

5

6   Dated: March 10,2022          CORFEE STONE LAW CORPORATION

7

8

9                                 By:     /s/ Catherine M. Corfee
                                          Catherine M. Corfee
10                                        Attorneys for Defendant
                                          Foothill Point LLC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Catherine M. Corfee, counsel for Foothill Point LLC, and that I have obtained authorization to affix her electronic signature to this document.

Dated: March 10,2022          CENTER FOR DISABILITY ACCESS

                              By:      /s/ Amanda Seabock
                                       Amanda Seabock
                                       Attorneys for Plaintiff